SCPW-17-0000906

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

HONOLULU CIVIL BEAT INC., Petitioner,

vs.

HONOLULU CIVIL SERVICE COMMISSION, Respondent.

_____

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Honolulu Civil Beat Inc.'s petition for writ of mandamus, filed on December 20, 2017, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that it has a clear and indisputable right to the requested relief or lacks alternative means to seek relief. See <u>Kema v. Gaddis</u>, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); <u>see also</u> HRS §§ 92-5 and 92-6(a)(6)(D). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawai'i, January 31, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

